No. 975. SEAGO v. NORTH CAROLINA THEATRES, INC., ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE WHITE are of the opinion that certiorari should be granted. *Milton Bordwin* for petitioner. *Charles F. Young* for respondent Paramount Film Distributing Corp. et al.

No. 10, Misc. DURHAM v. HAYNES, TRAINING CENTER SUPERINTENDENT. C. A. 8th Cir. Certiorari denied. *Norman H. Anderson,* Attorney General of Missouri, and *Walter W. Nowotny, Jr.,* Assistant Attorney General, for respondent.

No. 139, Misc. GUERRERO v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *William V. Ballough,* Deputy Attorney General, for respondent.

No. 183, Misc. JOHNSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 217, Misc. BROWN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.

No. 420, Misc. WHITTY v. WISCONSIN. Sup. Ct. Wis. Certiorari denied. *Bronson C. La Follette,* Attorney General of Wisconsin, and *Robert E. Sutton,* Assistant Attorney General, for respondent.